**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Dwight MOSS, Defendant–Appellant.**

No. 07–12031.

United States Court of Appeals,
Eleventh Circuit.

April 14, 2008.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Philip Robert Horowitz, Law office of Philip R. Horowitz, Esq., Miami, FL, for Defendant–Appellant.

Before WILSON, COX and BOWMAN,* Circuit Judges.

PER CURIAM:

The Appellant, Dwight Moss, presents five arguments on appeal: (1) that the district court erred in denying his motion for judgment of acquittal; (2) that the district court erred in denying his motion to suppress and in denying a *Franks* hearing; (3) that the district court abused its discretion by admitting evidence that a bulletproof vest was found in his residence; (4) that the district court incorrectly determined the amount of loss in calculating the advisory guidelines; and (5) that his sentences are unreasonable.

---

\* Honorable Pasco M. Bowman II, United States Circuit Judge for the Eighth Circuit, sitting by designation.

Having considered the briefs and relevant parts of the record, and having heard oral argument, we conclude that Appellant's arguments lack merit. We affirm Appellant's convictions and sentences.

AFFIRMED.